
FILED
CLERK U.S. DISTRICT COURT

MAR - 1 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Hongmin Wei, DEFENDANT(S). | CASE NUMBER 18-434 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing is set for ___3/6___ , _____ , at ___10:30___ ☒a.m. / ☐p.m. before the Honorable ___J. Chooljian___ , in Courtroom ___20 - Spring St.___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___3/1/18___

U.S. District Judge/Magistrate Judge